IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| DRIVER & ASSOCIATES, INC., | : |
| Debtor | : CHAPTER 7 |
| CERTUSBANK | : CASE NO. 12-13051 |
| Movant | : JUDGE W. HOMER DRAKE, JR. |
| vs. | : |
| DRIVER & ASSOCIATES, INC., | : |
| Respondent | : |

## MOTION OF CERTUSBANK
## FOR RELIEF FROM THE AUTOMATIC STAY

Comes now CERTUSBANK, Movant in the above-entitled cause, and as its Motion for Relief from the Automatic Stay shows the Court as follows:

1.

This motion seeking relief from the automatic stay under 11 U.S.C. §362 of the Bankruptcy Code is a proceeding which may be initiated by motion under the Rules of Bankruptcy Procedure.

2.

That Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on October 29, 2012.

3.

That at the time of filing said petition, the Debtor was indebted to Movant on a Note dated

September 27, 2010 that matured on August 27, 2013. The Note is secured by property that has the address of 317 John Willis Court, Lot 41 of Chipley Creek S/D, Phase IV, Villa Rica, GA, (the "Property") as evidenced by a Deed to Secure Debt dated March 15, 2007, recorded in Deed Book 3914, Page 284, Carroll County Records. The title to the subject real property is currently vested in J & M Remodel & Repair, LLC.

4.

That Movant is presently unable to enforce its contractual rights to foreclose, confirm, repossess or evict if necessary unless the Court terminates, annuls, modifies, or otherwise conditions the automatic stay under 11 U.S.C. §362.

5.

That good cause, including a lack of adequate protection, exists for granting to Movant relief from the automatic stay.

6.

That Movant is further entitled to recover as part of its secured claim in this case, its expenses, including a reasonable attorney's fee, incurred in this case and for the bringing of this motion to the extent that the Property may have market value exceeding the net outstanding balance due to Movant on its claim.

7.

That Movant requests a waiver of Rule 4001(a)(3), as no parties will be prejudiced by the waiver, and all parties in interest consent thereto.

WHEREFORE, Movant respectfully requests:

(a) That the automatic stay be terminated so as to permit it to exercise its contract and state law remedies, including but not limited to non-judicial and/or judicial foreclosure, confirmation of

the foreclosure sale(s), if appropriate, for the purpose of preserving its right to file an unsecured deficiency claim in the Debtor's case, enforcement of the assignment of leases and rents agreement, taking possession of the Property and obtaining a writ of possession subsequent to foreclosure;

(b) That Movant have and recover from the proceeds of the disposition of the Property, attorney fees and expenses as permitted by contract and state law;

(c) That a waiver of Rule 4001(a)(3) be permitted; and

(d) That the Court grant such other and further relief as may be equitable and just under the circumstances.

MANN WOOLDRIDGE KNEIDEL, P.C.

By: _____
Jacquelyn L. Kneidel
Attorney for Movant
State Bar No. 644727

28 Jackson Street
P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
jkneidel@mwklaw.org

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| DRIVER & ASSOCIATES, INC., | : |
| Debtor | : CHAPTER 7 |
| CERTUSBANK | : CASE NO. 12-13051 |
| Movant | : JUDGE W. HOMER DRAKE, JR. |
| vs. | : |
| DRIVER & ASSOCIATES, INC., | : |
| Respondent | : |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that CertusBank has filed a Motion for Relief from Stay and related papers with the Court seeking an order granting relief.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Relief in 2nd Floor Courtroom, Lewis R. Morgan Federal Building, 18 Greenville Street, Newnan Georgia, at **10:00 a.m.** on the **14th** day of **December, 2012.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, P.O. Box 2328, Newnan, Georgia 30264, You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of

filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

DATED: 11/16/12

Jacquelyn L. Kneidel,
Attorney for Movant
Ga. Bar No. 644727
28 Jackson Street
P.O. Box 310
Newnan, GA 30264-0310
770-253-2222
jkneidel@mwklaw.org

## CERTIFICATE OF SERVICE

I, Jacquelyn L. Kneidel of Mann Wooldridge Kneidel, P.C., P. O. Box 310, Newnan, GA 30264-0310 certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age:

That on the 16th day of November, 2012, I served a copy of the within NOTICE OF ASSIGNMENT OF HEARING together with the "Motion for Relief from Stay" filed in this bankruptcy matter on:

Driver & Associates
473 N. Hulett Road
Villa Rica, GA 30180

J. Nevin Smith, Esq.
Smith Conerly LLP
402 Newnan Street
Carrollton, GA 30117

Griffin E. Howell III, Trustee
P. O. Box 551
Griffin, GA 30224

the respondent(s) in this bankruptcy matter by United States Mail in properly addressed envelopes with adequate postage thereon to insure delivery to said respondent(s).

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 11/16/12        By: /s/ Jacquelyn L. Kneidel
                                  Jacquelyn L. Kneidel

MANN WOOLDRIDGE KNEIDEL, P.C.
28 Jackson Street
P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
jkneidel@mwklaw.org